NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3113

DANNY W. NEAL,

Petitioner,

v.

UNITED STATES POSTAL SERVICE,

Respondent.

Petition for review of the Merit Systems Protection Board in
CH0752080613-I-1.

ON MOTION

Before LINN, Circuit Judge.

ORDER

The United States Postal Service moves for a 21-day extension of time, until April 30, 2009, to file its brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

APR 14 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 14 2009

JAN HORBALY
CLERK

cc:    Ray E. Donahue, Esq.
       Danny W. Neal
s19